IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEIRDRE GARCIA.

v.                                                C.A. NO. 15-2392

SCIENTIFIX, LLC.,
GEORGE LYNCH

**ORDER**

AND NOW, this 1st day of February, 2016, upon consideration of the defendants' motion to dismiss and all responses and replies thereto, it is hereby ORDERED that the motion to dismiss [Doc. 6] is GRANTED in part and DENIED in part.

It is further ORDERED that the motion is GRANTED as to Count II and DENIED as to Counts I and III.

It is further ORDERED that Count II is DISMISSED with prejudice.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.